

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00535-CV

**IN THE INTEREST OF A.W.M.** and M.L.M., Children

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-05328
Honorable Michael E. Mery, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this case is REMANDED to the trial court for proceedings consistent with this court's opinion. It is ORDERED that appellant recover his costs on appeal from appellee.

SIGNED August 11, 2021.

_____
Rebeca C. Martinez, Chief Justice